UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED
SEP 5 2013
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-13CR 575 |
| | § | |
| v. | § | |
| | § | |
| ALEXANDER SYLVESTER SELLERS, | § | |
| RODERICK DEWAYNE ANDERSON, | § | |
| EZEKIEL HAMM, | § | |
| KENDRICK DEWAYNE WALKER, | § | |
| KEELAND DURALLE WILLIS, | § | |
| Defendants | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about July 31, 2013, in the Houston Division of the Southern District of Texas,

> ALEXANDER SYLVESTER SELLERS,
> RODERICK DEWAYNE ANDERSON,
> EZEKIEL HAMM,
> KENDRICK DEWAYNE WALKER,
> and
> KEELAND DURALLE WILLIS,

defendants herein, aiding and abetting each other, by force, violence and intimidation did take and attempt to take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of the J.P.

Morgan Chase Bank, 2611 West Lake Houston Parkway, Kingwood, Texas, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, §§ 2113(a), (d), and 2.

COUNT TWO

On or about July 31, 2013, in the Houston Division of the Southern District of Texas,

ALEXANDER SYLVESTER SELLERS,<br>
RODERICK DEWAYNE ANDERSON,<br>
EZEKIEL HAMM,<br>
KENDRICK DEWAYNE WALKER,<br>
and<br>
KEELAND DURALLE WILLIS,

defendants herein, aiding and abetting each other, did knowingly carry, and brandish a firearm, namely, a Ruger .45 caliber semi-automatic pistol, a Mossberg 12 gauge Shotgun, a Springfield Armory 9mm caliber semi-automatic pistol, and a KelTec CNC Inc. 9 mm semi-automatic pistol, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being bank robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and § 2.


Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, §§ 924(d)(1), the United States of America hereby gives notice that all firearms and ammunition involved in, or used in the commission of the offense in violation of Title 18, United States Code, § 924(c)(1)(A)(ii) charged in Count Two are subject to forfeiture, including, but not limited to, the following:

1. Ruger .45 caliber semi-automatic pistol, model P345, serial number 664-98514 with 8 live rounds.

2. Springfield Armory 9mm caliber semi-automatic pistol, model XDM-9, serial number MG947085 with 5 live rounds.

3. Mossberg 12 gauge Shotgun, model 500A, serial number J717775.

4. KelTec CNC Inc. 9mm semi-automatic pistol, model number PF-9, serial number SD036.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: _____
RICHARD D. HANES
Assistant United States Attorney